**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

JAQUIS REED                                                                          PETITIONER

v.                                                                    CIVIL NO. 3:26-cv-187-HTW-LGI

SHERIFF WARD CALHOUN                                                  RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING CASE WITHOUT PREJUDICE, AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILIY

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [ECF No. 7] filed June 2, 2026.   In her Report and Recommendation, Magistrate Judge Isaac recommended that this habeas corpus case be dismissed without prejudice for Petitioner's failure to prosecute and obey the orders of the Court and that a certificate of appealability should not issue.   Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.   No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby adopts the Report and Recommendation [ECF No. 7] of the Magistrate Judge filed June 2, 2026, as the Order of this Court.

**IT IS THEREFORE ORDERED** that the Court ADOPTS the Report and Recommendation [ECF No. 7] of the Magistrate Judge filed June 2, 2026, as the Order of this Court and this habeas corpus case is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to prosecute and obey the Court's Orders.   A separate Final Judgment will enter.

**IT IS FURTHER ORDERED** that the Court will <u>not</u> issue a certificate of appealability under 28 U.S.C. § 2253 because Petitioner fails to show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**SO ORDERED**, this the 23rd day of June, 2026.

s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE